NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**APPLE INC.,**
*Appellant,*

v.

**INTERNATIONAL TRADE COMMISSION,**
*Appellee,*

**and**

**NOKIA CORPORATION AND NOKIA, INC.,**
*Intervenors.*

---

2011-1164

---

On appeal from the United States International Trade Commission in Investigation No. 337-TA-704.

---

## ORDER

Upon consideration of Apple, Inc.'s unopposed motion for an extension of time, until May 31, 2011, to file its principal brief,

IT IS ORDERED THAT:

The motion is granted. The briefing schedule is further stayed pending disposition of the motion to dismiss. Fed. Cir. R. 31(c).

FOR THE COURT

APR 22 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Marcus E. Sernel, Esq.
     Megan M. Valentine, Esq.
     Patrick J. Flinn, Esq.

s24

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 22 2011

JAN HORBALY
CLERK